No. 12–7181.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 2, 2012.

Lonnie Lorenzo Boone, Appellant Pro Se.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**William Terrence CROSS,
Defendant–Appellant.**

No. 12–6910.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 2, 2012.

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Terrence Cross appeals the district court's order denying his motions attacking his federal conviction for retaliation against a witness for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cross*, No. 2:03–cr–00010–RBS–1 (E.D.Va. May 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*